**Gary Joseph HERTZOG, Appellant,**

v.

**Dana Kay HERTZOG, Respondent.**

**No. WD 43500.**

Missouri Court of Appeals, Western District.

April 16, 1991.

Charles Edward Weedman, Jr., Harrisonville, for appellant.

Richard J. Koury, II, Independence, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial of motion to modify dissolution decree as to custody.

Judgment affirmed. Rule 84.16(b).